# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**OSSIE LUCY, JR.,**

    **Plaintiff,**

**v.**                                         Case No. 3:18cv287-RV-CJK

**MRS. CHILIESS and MRS. JARVIS**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 27, 2018 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed a "Motion Notice for not to Dismissing Civil Lawsuit under these grounds Court Clerk" (doc. 6), which will be construed as timely filed objections .

Having considered the Report and Recommendation, and the objections thereto (doc. 6), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED for the limited purpose of dismissing this action.

3. This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of April, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**